# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

V.F. GARMENT, INC.
                    Plaintiff
    vs.                **CASE NUMBER: 5:05-CV-1137 (NAM/DEP)**

SEABOARD ATLANTIC GARMENT, INC.;
SEABOARD GRAPHIC SERVICES, LLC;
GERALD WILSON, a/k/a Gerry Wilson, individually;
DENNIS WILSON, individually; and
AMERICAN FASHION NETWORK, LLC;

                    Defendants

****************************************************************

CENTURY GARMENT, INC.
                    Plaintiff
    vs.                **CASE NUMBER: 5:05-CV-1431 (NAM/DEP)**

SEABOARD ATLANTIC GARMENT, INC.;
SEABOARD GRAPHIC SERVICES, LLC;
AMERICAN FASHION NETWORK, LLC;
GERALD WILSON, a/k/a Gerry Wilson, individually;
and DENNIS WILSON, individually

                    Defendants

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That these actions are hereby dismissed for failure to prosecute.  Judgment is entered in favor of the defendants and the actions are closed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 31st day of March, 2010.

DATED: March 31, 2010

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk